IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| TONY SAVAGE and wife,<br>BEVERLY SAVAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>SHELTER INSURANCE COMPANIES<br>d/b/a SHELTER MUTUAL<br>INSURANCE COMPANY d/b/a<br>SHELTER INSURANCE d/b/a<br>SHELTER GENERAL INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 2:16-cv-02573<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL OF A CIVIL ACTION BY**
**SHELTER MUTUAL INSURANCE COMPANY**

The defendant, Shelter Mutual Insurance Company (improperly identified as Shelter Insurance Companies d/b/a Shelter Mutual Insurance Company d/b/a Shelter Insurance d/b/a Shelter General Insurance Company), by and through counsel, pursuant to 28 U.S.C. § 1446, gives notice of removal of this action from the Circuit Court of Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee, and alleges as follows:

    1.    On June 9, 2016, the plaintiffs filed suit in the Circuit Court for Shelby County, Tennessee, naming Shelter Insurance Companies d/b/a Shelter Mutual Insurance Company d/b/a Shelter Insurance d/b/a Shelter General Insurance Company, as defendant. A copy of the suit filed by the plaintiff in the Circuit Court for Shelby County, Tennessee, under Docket No. CT-002365-16, is attached as Exhibit 1.

2. On June 14, 2016, defendant was served with a Summons and Complaint through the Department of Commerce and Insurance as provided by T.C.A. § 56-2-504 or T.C.A. § 56-2-506.

3. No further proceedings have been had in the Circuit Court for Shelby County, Tennessee.

4. The entire amount of controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00).

5. Diversity of citizenship exists between plaintiffs and defendant as plaintiffs reside in Tennessee, and Shelter Mutual Insurance Company is incorporated and has a principal place of business outside of Tennessee.

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. § 1332(a) and (c) and because the defendant, Shelter Mutual Insurance Company, is not a citizen or resident of the State of Tennessee, because the amount in controversy seeks Seventy-Five Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs. Therefore, this removal is proper, pursuant to 29 U.S.C. § 1441(a).

**WHEREFORE**, Shelter Mutual Insurance Company gives notice of removal of this action from the Circuit Court of Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee.

Respectfully submitted,

_s/ E. Jason Ferrell_
**E. JASON FERRELL**
Registration No. 24425
Attorney for Defendant, Shelter Mutual Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
DIRECT:  (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13TH day of July, 2016, a true and correct copy of the foregoing NOTICE OF REMOVAL OF THE CIVIL ACTION BY SHELTER MUTUAL INSURANCE COMPANY was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

James W. Cook, Esquire
9057 Valley Crest Lane, Suite 102
Germantown, TN 38138

_s/ E. Jason Ferrell_
**E. JASON FERRELL**

EJF:dmt