# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TONY SAVAGE and BEVERLY SAVAGE, <br><br> Plaintiffs, <br><br> v. <br><br> SHELTER INSURANCE COMPANIES d/b/a SHELTER MUTUAL INSURANCE d/b/a SHELTER INSURANCE d/b/a SHELTER GENERAL INSURANCE COMPANY, <br><br> Defendant. | No. 2:16-cv-02573-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having been removed to this Court on July 13, 2016 (ECF No. 1), the Court having dismissed all claims in this action on summary judgment,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment (ECF No. 47), filed July 5, 2017, and pursuant to Federal Rules of Civil Procedure 56, 5(b)(2), 6(d), 72(b)(2), all claims by Plaintiffs against Defendant are hereby DISMISSED.  Plaintiffs' claims are hereby DISMISSED with prejudice.

**IT IS SO ORDERED**, this 5th day of July, 2017.

                                                       /s/ Jon P. McCalla
                                                      JON P. McCALLA
                                                      UNITED STATES DISTRICT COURT JUDGE